JEFFERSON COUNTY NAT. BANK, Respondent, v. TOWNLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by the Jefferson County National Bank against Margaret A. Townley, impleaded, etc. No opinion. Motion to dismiss appeal denied, without costs, and so much of the order of the special term as is appealed from stricken out, without costs.

In re JEROME AVE. (Supreme Court, Appellate Division, First Department. May 18, 1900.) In the matter of Jerome Avenue. No opinion. Motion denied, with $10 costs.

JONES, Respondent, v. NELLIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Heth T. Jones against James D. Nelligan. No opinion. Judgment modified, and damage reduced to $1.14, and, as so modified, judgment affirmed, without costs of this appeal to either party.

JONES, Appellant, v. ROCHESTER GAS & ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November Term, 1899.) Action by W. Martin Jones against the Rochester Gas & Electric Company. No opinion. Order affirmed, with costs. All concur, except PARKER, P. J., and PUTNAM, J., who dissent.

KELLY, Respondent, v. FILKINS et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 15, 1900.) Action by William Kelly against Morgan L. Filkins and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re KENDALL. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) In the matter of the application of Hattie L. Kendall for a writ of certiorari, etc. No opinion. Proceedings remitted to the special term of the supreme court in Richmond county, for hearing and determination of the issues, on authority of People v. Feitner (decided herewith) 64 N. Y. Supp. 675. All concur, except JENKS, J., who takes no part.

KOCHMANN v. BAUMEISTER. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Reinhard Kochmann against Hattie Baumeister. No opinion. Motion denied, with $10 costs. See 63 N. Y. Supp. 503.

KOENIG v. MUMM. (Supreme Court, Appellate Division, Fourth Department. April 24, 1900.) Action by John Koenig against John Mumm. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 63 N. Y. Supp. 1110.

KRAMER, Respondent, v. HOFSTATTER, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1900.) Action by Benjamin Kramer against William S. Hofstatter. No opinion. Order granting new trial affirmed by default, with costs.

KRONER, Respondent, v. REILLY, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1900.) Action by Marie Kroner against John F. Reilly. No opinion. Under section 1323 of the Code of Civil Procedure, we think that personal notice of the motion should be given to the party to be affected thereby, as well as to the attorney.

KUMBERGER et al., Appellants, v. CONGRESS SPRING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November Term, 1899.) Action by Herman J. Kumberger and another against the Congress Spring Company. No opinion. Judgment and order affirmed, with costs. All concur, except PARKER, P. J., who dissents.

LAGE v. KRUGER. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Louisa Lage against Pauline Kruger. No opinion. Motion denied.